FILED IN OPEN COURT
ON 11/3/15 JH
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-328-1FL(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| RAMON SANMARTIN, JR. | ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about August 2015, the exact date being unknown to the Grand Jury, and continuing until on or about August 26, 2015, in the Eastern District of North Carolina, the defendant, RAMON SANMARTIN, JR., did knowingly and intentionally combine, conspire, confederate and agree with other persons, known and unknown, to possess with the intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Controlled Substances Involved in the Conspiracy

With respect to the defendant, RAMON SANMARTIN. JR., the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500) grams or more of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

1

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about August 26, 2015, in the Eastern District of North Carolina, the defendant, RAMON SANMARTIN, JR., did knowingly and intentionally possess with the intent to distribute five hundred (500) grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 21 United States Code, Section 853, that all of his interest in all property specified herein is subject to forfeiture.

Upon conviction of the controlled substance offenses alleged in Counts One and Two of this Indictment, defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, or any property traceable thereto.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON

DATE: 11-3-2015

THOMAS G. WALKER
United States Attorney

_Laura Howard_
BY: LAURA S. HOWARD
Assistant United States Attorney
Criminal Division