IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-328-1-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RAMON SANMARTIN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Dustin Holland of the United States Postal Inspection Service.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on August 29, 2016, be transferred to Dustin Holland to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 1 | 2 kilograms of cocaine |
| 11 | $47.00 US Currency |
| 2 | 1 kilogram of cocaine |
| 13 | Backpack |

SO ORDERED this the 29th day of August, 2016.

*Louise W. Flanagan*
Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

*[signature]*
Dustin Holland, Case Agent

*[signature]*
Laura Howard, Assistant U.S. Attorney

2