UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO:  5:15-CR-328-1FL

RAMON SANMARTIN, JR.

ORDER

In order that deliberations may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $90.21. The clerk is DIRECTED to pay Domino's Pizza the sum of $90.21.

August 31, 2016
Date

LOUISE W. FLANAGAN
United States District Judge