UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-328-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RAMON SANMARTIN, JR., | ) |
| Defendant. | ) |

**MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF DEFENDANT'S ASSERTION OF HIS FIFTH AND SIXTH AMENDMENT RIGHTS**

NOW COMES the defendant and moves the court *in limine* for an order prohibiting the United States Government from offering any evidence either during its case in chief or during cross-examination of the defendant concerning his having exercised his constitutional rights to have an attorney assist him and to remain silent when questioned by the arresting or investigating police officers.

Defendant Sanmartin's rights to have an attorney assist him and to remain silent by both requesting the assistance of an attorney and/or declining to make either an oral or

written statement to law enforcement are guaranteed by the United States Constitution, Amend. V and VI, *Doyle v. Ohio,* 426 U.S. 610 (1976).

Respectfully submitted this the 14th day February, 2017.

/s/ Rosemary Godwin
Rosemary Godwin
NC Bar No. 18217
Attorney for the Defendant
Two Hannover Square, Suite 2050
Raleigh, North Carolina 27601
Telephone: (919) 834-6161
Facsimile: (919) 834-3400
E-Mail: rosemary@rosemarygodwinlaw.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the attorneys identified below by electronic filing with the Clerk of Court for the Eastern District of North Carolina:

Laura S. Howard
Scott Lemmons
Assistant United States Attorneys
Eastern District of North Carolina
310 New Bern Ave., Ste. 800
Raleigh, North Carolina 27601

This 14th day of February, 2017.

/s/ Rosemary Godwin
Rosemary Godwin
Attorney for the Defendant