IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-328-1-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RAMON SANMARTIN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Dustin Holland of the United States Postal Inspection Service.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on February 22, 2017, be transferred to Dustin Holland to be retained in his custody during the overnight recess in the current jury trial proceedings before this court:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 1 | 2 kilograms of cocaine |
| 3 | Box |
| 29 | Artic Zone Cooler |

SO ORDERED this the 22nd day of February, 2017.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

_____
Dustin Holland, Case Agent

_____
Laura Howard, Assistant U.S. Attorney