# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

UNITED STATES OF AMERICA

vs.            CASE NO: 5:15-CR-328-1-FL

RAMON SANMARTIN, JR.

## ORDER

In order that deliberations may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $117.25. The clerk is DIRECTED to pay the sum of $117.25 to Domino's Pizza from the funds maintained in the Court's imprest fund account.

February 24, 2017
Date

LOUISE W. FLANAGAN
United States District Judge