# UNITED STATES DISTRICT COURT

Eastern　　DISTRICT OF　　North Carolina

UNITED STATES OF AMERICA

V.

RAMON SANMARTIN, JR.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:15-CR-328-1FL

　The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

LOUISE W. FLANAGAN　　US DISTRICT JUDGE
Name of Judge　　Title of Judge

2/24/2017
Date